# SEALED
### BY THE ORDER OF THE COURT

**WARNING:**     **THIS IS A SEALED DOCUMENT CONTAINING NON-PUBLIC INFORMATION**


KENJI M. PRICE #10523
United States Attorney
District of Hawaii

MICHAEL NAMMAR
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2948
E-mail: michael.nammar@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
*May 12, 2020*
LIAN ABERNATHY, CLERK

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE PERSON OF MICHAEL MISKE | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

MAG. NO. 15-01449 BMK

EIGHTEENTH
APPLICATION FOR ORDER
EXTENDING DELAYED
NOTICE FOR A NINETY (90)
DAY PERIOD PURSUANT
TO 18 U.S.C. § 3103a(c)

## EIGHTEENTH APPLICATION FOR ORDER
## EXTENDING DELAYED NOTICE FOR A NINETY
## (90) DAY PERIOD PURSUANT TO 18 U.S.C. § 3103a(c)

Michael Nammar, upon penalty of perjury, hereby declares and states as follows:

1.   I am an Assistant U.S. Attorney for the District of Hawaii.

2.   On December 4, 2015, this Court issued in the above-captioned case that "Search Warrant on Written Affidavit" for the search of the Person of Michael Miske (hereinafter "search warrant").  By the terms of that order, the notification thereof was to be given not later than ninety (90) days after the date of execution (March 3, 2016).  The court order also provided that extensions of this delay would be permissible for good cause shown, in accordance with 18 U.S.C. 3103a(c).

3.   On March 1, 2016, this Court issued an Order Extending Delayed Notice for an additional 90 days (to June 1, 2016).

4.   On May 25, 2016, this Court issued a Second Order Extending Delayed Notice from June 1, 2016 to August 30, 2016.

5.   On August 24, 2016, this Court issued a Third Order Extending Delayed Notice from August 30, 2016 to November 28, 2016.

6.   On November 29, 2016, this Court issued a Fourth Order Extending Delayed Notice from November 28, 2016 to February 26, 2017.

7.      On February 21, 2017, this Court issued a Fifth Order Extending Delayed Notice from February 26, 2017 to May 27, 2017.

8.      On May 22, 2017, this Court issued a Sixth Order Extending Delayed Notice from May 27, 2017 to August 25, 2017.

9.      On August 17, 2017, this Court issued a Seventh Order Extending Delayed Notice from August 25, 2017 to November 23, 2017.

10.     On November 17, 2017, this Court issued an Eighth Order Extending Delayed Notice from November 23, 2017 to February 21, 2018.

11.     On February 15, 2018, this Court issued a Ninth Order Extending Delayed Notice from February 21, 2018 to May 22, 2018.

12.     On May 17, 2018, this Court issued a Tenth Order Extending Delayed Notice from May 22, 2018 to August 20, 2018.

13.     On August 20, 2018, this Court issued an Eleventh Order Extending Delayed Notice from August 20, 2018 to November 19, 2018.

14.     On December 21, 2018, this Court issued a Twelfth Order Extending Delayed Notice from November 19, 2018 to February 19, 2019.

15.     On February 14, 2019, this Court issued a Thirteenth Order Extending Delayed Notice from February 19, 2019 to May 20, 2019.

16.     On May 24, 2019, this Court issued a Fourteenth Order Extending Delayed Notice from May 20, 2019 to August 19, 2019.

17.     On August 15, 2019, this Court issued a Fifteenth Order Extending Delayed Notice from August 19, 2019 to November 18, 2019.

18.     On November 21, 2019, this Court issued a Sixteenth Order Extending Delayed Notice from November 18, 2019 to February 18, 2020.

19.     On February 18, 2020, this Court issued a Seventeenth Order Extending Delayed Notice from February 18, 2020 to May 18, 2020.

20.     The following information is provided to the Court in support of this application to delay notice up until August 17, 2020, for an additional ninety (90) days (pursuant to 18 U.S.C. 3103a(c)).

A.     In this case, such an order would be appropriate because the attached warrant/court order relates to an ongoing criminal investigation not known to the subject (Michael Miske) of the investigation, and its disclosure may alert the subject to the ongoing investigation.  In addition, Miske is very cautious and paranoid about communication on cellular phones.  The agents working on this case are exploring the possibility of applying for search warrants for Miske's residences and businesses in the near future.  Accordingly, there is reason to believe that notification of the existence of the attached warrant/court order will seriously jeopardize the investigation, including a change in the patterns of behavior by the subject, attempts to intimidate potential witnesses, or endanger the life or physical safety of an individual.  Some of the evidence in this investigation

has been provided by cooperating individuals and Miske has a history of physically threatening and intimidating witnesses in order to silence them. If alerted to the existence of the warrant/court order, the subject under investigation could take action to intimidate these witnesses and terminate their cooperation with law enforcement.

In addition, the objectives of the investigation have not been met. Ongoing investigation is needed in order to fully identify all of the individuals who are assisting the target and to obtain sufficient evidence as to their participation in Miske's criminal organization. Based on the progress of the investigation, law enforcement officers foresee the implementation of additional investigative techniques based on the information accumulated to date with a view towards the execution of search warrants, further development of cooperating individuals and electronic surveillance of the subject.

Wherefore, based upon the foregoing, applicant believes that in accordance with 18 U.S.C. §§ 2705, 3103a(b) and 3103(c), good cause exists to believe that providing immediate notification may have an adverse impact, to wit:

(1)    Endangering the life or physical safety of an individual;

(2)    Flight from prosecution;

(3)    Destruction of or tampering with evidence;

(4)    Intimidation of potential witnesses; or

(5)    Otherwise seriously jeopardizing an investigation,

and I therefore request that this Court issue an order which delays said notification

for an additional ninety (90) day period from May 18, 2020 up to and including,

August 17, 2020.

It is further requested that for the reasons set forth herein, this Application

and Order be sealed in court records.

I declare the foregoing to be true and correct to the best of my knowledge

and belief.

DATED: _____May 12, 2020_____, at Honolulu, Hawaii.

KENJI M. PRICE
United States Attorney
District of Hawaii


By */s/ Michael Nammar*_____
    MICHAEL NAMMAR
    Assistant U.S. Attorney

6