FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Sep 30, 2022, 4:52 pm
John A. Mannle, Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| IN RE CIVIL BEAT LAW CENTER FOR THE PUBLIC INTEREST,<br><br>Movant. | Case No. 22-mc-00286-DKW-KJM<br><br>**ORDER UNSEALING CERTAIN CASES AND COURT RECORDS**[1] |

On July 11, 2022, the Court instructed the government to file a statement explaining why numerous cases that have remained sealed for more than one year should continue to do so, pursuant to Local Rule 79.2. That Rule, *inter alia*, requires any search warrant, order on pen register, order on trap and trace device or mobile tracking device warrant to be unsealed after such a time period unless the government moves to extend said time. Dkt. No. 12.

On September 8, 2022, the government filed an ex parte statement responding to the July 11, 2022 Order. Dkt. No. 13. In summary, therein, the government requested continued sealing of certain filings in certain cases listed in Movant Civil Beat Law Center for the Public Interest's Addendum to the Motion to Unseal (Addendum) (Dkt. No. 1-1). The government did not, however, seek continued sealing as to any other filings or cases. As a result, the Court subsequently ordered the unsealing *in toto* of approximately 47 cases for which the

---

[1] Pursuant to Local Rule 7.1(c), the Court elects to decide this matter without a hearing.

government had made no request for continued sealing (Unsealing Order).   Dkt. No. 15.

Also on September 23, 2022, after review of the government's initial ex parte statement, the Court requested clarification on a certain matter related to the scope of its requests for continued sealing.   Dkt. No. 14.   On September 26, 2022, the government filed a supplemental ex parte statement, responding to the September 23, 2022 Order.   Dkt. No. 16.   Therein, the government again sought continued sealing of certain filings in certain cases and clarified certain of its previous requests.   The government did not, however, seek continued sealing of other filings in those same cases.

In this light, following the Unsealing Order, approximately 23 cases remain from those listed in the Addendum.   With respect to those 23 cases, because the government, in most instances, seeks only to continue sealing certain distinct filings in each case and has not sought continued sealing as to the remaining filings, below, the Court shall order the unsealing of various further cases listed in the Addendum, **but** with distinct filings identified by the government to remain under seal pending further review and order of the Court.

Therefore, pursuant to Local Rule 79.2 and the July 11, 2022 Order, the Court ORDERS the UNSEALING of the following cases:

| No. 15-MJ-1345 | No. 15-MJ-1346 | No. 15-MJ-1347 | No. 15-MJ-1449 |
|---|---|---|---|
| No. 16-MJ-0046 | No. 16-MJ-0047 | No. 16-MJ-0099 | No. 16-MJ-0692 |
| No. 16-MJ-0693 | No. 17-MJ-0909 | No. 18-MJ-0192 | No. 18-MJ-0233 |
| No. 18-MJ-0332 | No. 18-MJ-0993 | No. 18-MJ-0994 | No. 19-MJ-0175 |
| No. 19-MJ-0329 | No. 19-MJ-0330 | No. 19-MJ-0346 | No. 19-MJ-0484 |
| No. 19-MJ-0787 | | | |

In unsealing the aforementioned cases, the Clerk is ORDERED to keep under SEAL the following docket entries in each case:

- Case No. 15-MJ-1345: Dkt. No. 1-1.

- Case No. 15-MJ-1346: Dkt. No. 1-1.

- Case No. 15-MJ-1347: Dkt. No. 1-1.

- Case No. 15-MJ-1449: Dkt. No. 1-1.

- Case No. 16-MJ-0046: Dkt. No. 1-1.

- Case No. 16-MJ-0047: Dkt. No. 1-1.

- Case No. 16-MJ-0099: Dkt. No. 1-1.

- Case No. 16-MJ-0692: Dkt. No. 1-1.

- Case No. 16-MJ-0693: Dkt. No. 1-1.

- Case No. 17-MJ-0909: Dkt. No. 1-1.

- Case No. 18-MJ-0192: Dkt. No. 1-1.

- Case No. 18-MJ-0233: Dkt. No. 1-1.

- Case No. 18-MJ-0332: Dkt. No. 1-1.

- Case No. 18-MJ-0993: Dkt. No. 1-1.

- Case No. 18-MJ-0994: Dkt. No. 1-1.

- Case No. 19-MJ-0175: Dkt. Nos. 1-1 through 1-9; 3-1; 4-1; 5-1; 6-1; 7-1; 8-1; 9-1.

- Case No. 19-MJ-0329: Dkt. Nos. 1; 1-1; 1-2; 1-3; 3; 3-1; 3-2.

- Case No. 19-MJ-0330: Dkt. Nos. 1-1; 1-3.

- Case No. 19-MJ-0346: Dkt. Nos. 1; 1-1; 1-2; 1-3; 1-4; 3; 3-1; 3-2.

- Case No. 19-MJ-0484: Dkt. Nos. 1-1; 1-2; 2-2; 5-1.

- Case No. 19-MJ-0787: Dkt. Nos. 1; 1-1; 1-2; 2; 5; 5-1; 5-2.

The Court ORDERS Case No. 19-MJ-1189 and Case No. 20-MJ-0542 to remain SEALED in their entirety pending further review of the Court.

The Clerk is instructed to file this Order in the instant case, as well as in each case listed in the chart above.

IT IS SO ORDERED.

Dated: September 30, 2022 at Honolulu, Hawai‘i.



Derrick K. Watson
United States District Judge